UNITED STATES DISTRICT COURT
FILED
OCT 27 2026
ANDREW W. MOELLER, CLERK
WESTERN DISTRICT OF NY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JON Q WRIGHT,

Plaintiff,

v.

23-CV-823(JLS) (HKS)

DONALD J. RUPPERT,
d/b/a
SUNSET BAY WALLEYE SHOOT OUT,

Defendant.

## DECISION AND ORDER

Plaintiff commenced this action on August 14, 2023, asserting claims based on alleged infringements of his federally registered copyrights to the artwork named Walleye Green Lure. *See* Dkt. 1. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder, Jr. for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 12.

Plaintiff moved for default judgment pursuant to Federal Rule of Civil Procedure 55(b). Dkt. 37. On August 13, 2026, Judge Schroeder issued a Report and Recommendation recommending that Plaintiff's [37] motion for default judgment be granted "and that default judgment be entered against [D]efendant in the amount of $126,000 in statutory damages; $19,172.50 in attorney's fees, and

$477 in costs, for a total of $145,649.50 plus post-judgment interest." Dkt. 39 at 13.[1] Neither party filed objections, and the time to do so has expired.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record. Based on that review, and in the absence of any objections, this Court accepts and adopts Judge Schroeder's recommendation.

Thus, for the reasons above and in the R&R, Plaintiff's [37] motion for default judgment is GRANTED. The Clerk of Court is directed to enter default judgment against Defendant in the amount of $126,000 in statutory damages, $19,172.50 in attorney's fees, and $477 in costs, for a total of $145,649.50 plus

[1] Page numbers refer to the CM/ECF generated numbering in the header of each page.

post-judgment interest. The Clerk of Court shall close this case upon entry of the judgment.

SO ORDERED.

Dated: Buffalo, New York
October 27, 2026

JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE